UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 JUN 25 P 4: 16

BY DEPUTY CLERK

| | | |
|---|---|---|
| DENNIS SAURAGE, Individually and as Representative of the Class | * * * | CIVIL ACTION: 07-CV-00528 |
| vs. | * * * | JUDGE: James. J. Brady |
| RAVE REVIEWS CINEMAS, LLC | * | MAGISTRATE: Christine Noland |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

Considering the foregoing motion;

**IT IS HEREBY ORDERED** that Dennis Saurage's and the putative class' claims and causes of action against Rave Reviews Cinema, LLC, Rave Motion Pictures Baton Rouge, LLC, and Rave Motion Pictures Baton Rouge II, LLC be and the same are hereby dismissed, without prejudice, with each party to bear its own cost and attorney's fees.

**SIGNED** this 25th day of JUNE, 2008, in Baton Rouge, Louisiana.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT COURT LOUISIANA